IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Tanner, Gregory

Printed: 01/22/09

Case Number: 07 B 23820
Judge: Hollis, Pamela S
Filed: 12/18/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: November 10, 2008
Confirmed: February 25, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,398.02 |  |
| Secured: |  | 2,055.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,481.50 |
| Trustee Fee: |  | 371.37 |
| Other Funds: |  | 490.15 |
| Totals: | 6,398.02 | 6,398.02 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,481.50 | 3,481.50 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | Home Loan Services | Secured | 0.00 | 0.00 |
| 4. | Regional Acceptance | Secured | 16,096.10 | 1,525.00 |
| 5. | Monterey Financial Services | Secured | 2,494.82 | 450.00 |
| 6. | Village of Park Forest | Secured | 207.00 | 80.00 |
| 7. | Home Loan Services | Secured | 387.04 | 0.00 |
| 8. | Home Loan Services | Secured | 6,979.78 | 0.00 |
| 9. | Internal Revenue Service | Priority | 1,714.01 | 0.00 |
| 10. | Illinois Dept of Revenue | Priority | 38.25 | 0.00 |
| 11. | T Mobile USA | Unsecured | 16.44 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 69.47 | 0.00 |
| 13. | Capital One | Unsecured | 63.83 | 0.00 |
| 14. | Lincoln Tech | Unsecured | 682.78 | 0.00 |
| 15. | Illinois Dept Of Employment Sec | Unsecured | 123.36 | 0.00 |
| 16. | Galway Financial Service | Unsecured | 61.00 | 0.00 |
| 17. | Illinois Dept of Revenue | Unsecured | 3.00 | 0.00 |
| 18. | Internal Revenue Service | Unsecured | 1.50 | 0.00 |
| 19. | Regional Acceptance | Unsecured | 10.75 | 0.00 |
| 20. | Monterey Financial Services | Unsecured | 104.54 | 0.00 |
| 21. | Imagine Mastercard | Unsecured | 71.59 | 0.00 |
| 22. | City Of Chicago Dept Of Revenue | Unsecured | 38.00 | 0.00 |
| 23. | Capital One | Unsecured | 62.67 | 0.00 |
| 24. | Verizon Wireless Midwest | Unsecured | 67.40 | 0.00 |
| 25. | Allied Interstate | Unsecured |  | No Claim Filed |
| 26. | Account Receivables | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Tanner, Gregory

Printed: 01/22/09

Case Number: 07 B 23820
Judge: Hollis, Pamela S
Filed: 12/18/07

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | CMI | Unsecured | | No Claim Filed |
| 28. | Charter One Bank | Unsecured | | No Claim Filed |
| 29. | Chase | Unsecured | | No Claim Filed |
| 30. | Cash Loan Team | Unsecured | | No Claim Filed |
| 31. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 32. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 33. | Mid America Bank | Unsecured | | No Claim Filed |
| 34. | West Asset Management | Unsecured | | No Claim Filed |
| 35. | OSI Recovery Solutions | Unsecured | | No Claim Filed |
| 36. | North Shore Agency Inc | Unsecured | | No Claim Filed |
| 37. | TCF Bank | Unsecured | | No Claim Filed |
| 38. | Saint Joseph Hospital | Unsecured | | No Claim Filed |
| 39. | Farmer Insurance Co | Unsecured | | No Claim Filed |
| 40. | Cash Store | Unsecured | | No Claim Filed |
| 41. | Village of Park Forest | Unsecured | | No Claim Filed |
| 42. | Cook County State's Attorney | Unsecured | | No Claim Filed |
| | | | $ 32,774.83 | $ 5,536.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 68.52 |
| 6.5% | 219.15 |
| 6.6% | 83.70 |
| | $ 371.37 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

